UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| CHARLISE KINSLOW, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:12-cv-45 |
| v. ) | |
| ) | Judge Mattice |
| FRANKLIN COUNTY SCHOOL ) | |
| SYSTEM, ) | |
| ) | |
| *Defendant.* | |

## VERDICT FORM
*December 4, 2014*

WE, THE JURY, UNANIMOUSLY FIND THE FOLLOWING:

*Question 1:*

Has Plaintiff Charlise Kinslow proven by a preponderance of the evidence that her race was a motivating factor behind Defendant Franklin County School System's decision not to hire her?

_____ YES          \_\_\_X\_\_\_ NO

*[If you answered "NO" to Question 1, your deliberations are over. Please sign and date this verdict form and return it to Ms. Capetz. If you answered "YES" to Question 1, proceed to Question 2.]*

Question 2:

Has Defendant Franklin County School System proved that it would have made the same decision not to hire Plaintiff Charlise Kinslow even if it had not considered her race?

_____YES                                        _____NO

*[If you answered "YES" to Question 2 your deliberations are over. Please sign and date this verdict form and return it to Ms. Capetz. If you answered "NO" to Question 2, proceed to Question 3.]*

*Question 3:*

Please indicate, in the space provided below, the amount Plaintiff Charlise Kinslow is entitled to recover for back pay, if any. If you award no damages, enter "$0."

$_____.

*[Please proceed to Question 4.]*

3

*Question 4:*

If you find that Charlise Kinslow has proven by a preponderance of the evidence that she has suffered emotional distress, pain, suffering, or mental anguish as a result of Defendant Franklin County School System's failure to hire her, please indicate, in the space provided below, the amount of compensatory damages Plaintiff Charlise Kinslow is entitled to recover for this injury.

If you find that Plaintiff suffered this injury, but that her damages do not have a monetary value, write in the nominal amount of one dollar ($1.00).

$_____.

*Please have your foreperson sign and date this Verdict Form and inform Ms. Capetz that you have reached a verdict.*

_____
**Signature of Foreperson**

_12-4-2014_
**Date**