# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| Charlise Kinslow | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:12-cv-45 |
| Franklin County School System and Diana Spaulding | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Harry S. Mattice, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 12/4/2014

CLERK OF COURT

*Debra C. Poplin*

*Signature of Clerk or Deputy Clerk*